FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

RECEIVED
2005 JUN 13 A 10:01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Carlos Demetris McQuarley
Name

198468
Prison Number

Easterling. Corr. Fac, 200 wallace Drive, Clio, AlA 36017
Place of Confinement

United States District Court Northern middle District of AlAbama

Case No. 96.3396.00 2:05cv558-T
(To be supplied by Clerk of U. S. District Court)

Carlos Demetris McQuarley, PETITIONER
(Full name) (Include name under which you were convicted)

Ms. Moskey, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF AlAbama, Birmingham & montgomery, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8-1/2 x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and two copies* must be mailed to the Clerk of the United States District Court whose address is P. O. Box 711, Montgomery, Alabama 36101.

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

***If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.**

PETITION

1. Name and location of court which entered the judgment of conviction under attack Birmingham Circuit Court

2. Date of judgment of conviction 4/28/98

3. Length of sentence 25 years Sentencing Judge Judge Pearson

4. Nature of offense or offenses for which you were convicted: 1th degree Robbery when It suppose to be second degree, Because of the lake of No evidence..

5. What was your plea? (check one)
   (a) Not guilty ( )
   (b) Guilty ( ✓ ) to second Degree Robbery
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: The attempt murder was throwed out the courtt, Because of No kind of evidence

6. Kind of trial: (Check one)
(a) Jury ( )
(b) Judge only (X)

7. Did you testify at the trial? Yes ( ) No (X)

8. Did you appeal from the judgment of conviction? Yes (X) No ( )

9. If you did appeal, answer the following:
(a) Name of court Circuit Court
(b) Result Dismiss
(c) Date of result 4/19/04
If you filed a second appeal or filed a petition for certiorari in the Supreme Court, give details: Dismiss

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes (X) No ( )

11. If your answer to 10 was "yes", give the following information:
(a)(1) Name of court Supreme Court
(2) Nature of proceeding Dismiss
(3) Grounds raised In Brady the court held due process was violated where after the defendants request the state failed to reveal evidence that was material either to guilt or punishment. The court in Brady reasoned that if the state were allowed to withhold potentially exculpatory evideance which has been demanded by the defendant..
(4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (X)
(5) Result DID not have a evidentriary hearing
(6) Date of result ———
(b) As to any second petition, application or motion give the same information:
(1) Name of court Circuit & Supreme
(2) Nature of proceeding Dismiss
(3) Grounds raised A conviction obtained through the use of false evidence must fail mooney V. Holohan 294 U.S. 103 55 S.Ct 340, 79 L.Ed 791 (1935) pyle V. Kansas 317 U.S. 213, 63 S.ct. 177, 87 L.Ed 214 (1942) even if the state merely allows the false evidence to go uncorrected Alcorta V. Texas 355 US 28 78 S.Ct 103 2 L.Ed 2d 9 (1957) courts recognize that a defendants rights to a fair trial is violated when the state knowingly allows false evidence to be used against the defendant miller V. pate 386 U.S 1, 87 S.Ct 785 17 L.Ed.2d 690 (1967).
(4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (X)
(5) Result DID not have a evidentiary hearing
(6) Date of result ———

(c) As to any third petition, application or motion, give the same information:

(1) Name of Court Circuit Court

(2) Nature of proceeding Dismiss

(3) Grounds raised The Courts complains through inadvertence he was Sentenced to 25 years for a Class B felony of the mistaken belief he pled guilty to Robbery first degree In exchange for an attempted murder Charge being dismissed, Petitioner further claims that to the best of his recollection he entered a plea to Robbery second degree. which he did Because of the: NO evidence was found on pititionary and if you dismiss one case You have to dismiss the other case are lower it to 2 or 3rd degree.

(4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (X)

(5) Result Because the courts do not have No evidence to prove apoint

(6) Date of result ——— NO evidence thats why

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:

(1) First petition, etc. Yes (✓) No ( )

(2) Second petition, etc. Yes (✓) No ( )

(3) Third petition, etc. Yes (✓) No ( )

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: false Evidence which is none

Supporting FACTS (tell your story briefly without citing cases or law): The false evidence to go uncorrected Alcorta V. Texas 355 U.S. 28, 78 S.Ct 103 2 L.Ed 2d 9 (1957), courts recognize that a defendants rights to a fair trial is violated when the state knowingly allows false evidence to be used against the defendant miller v. pate 386 US 1, 87 S.Ct 785, 17 L.Ed 2d 690 (1967) napue V. Illinois 360 U.S. 264 79 S.ct 1173 3 L.Ed 2d 1217 (1959). Similarly a defendants rights are violated if the state withholds favorable material evidence which the defendant has requested Brady V. maryland 373 U.S. 83, 83 S.ct 1197 10 L.Ed 2d 215 (1963). United States V. Agurs 427 U.S. 97, 96 S.Ct 2392 49 L.Ed 2d 342 (1976)..

B. Ground two: withdrawal of guilty plea

Supporting FACTS (tell your story briefly without citing cases or law): withdrawal of guilty plea. The court shall allow withdrawal of a plea of guilty when necessary to correct a manifest injustice upon withdrawal of a guilty plea the charges against the defendant as they existed before any amendment reduction or dismissal made as part of a plea agreement shall be reinstated automatically [Amended effective January 1, 1991] see rule 11 Fed. R.Crim. P. This procedure is called for by A.B.A. Standards for criminal Justice pleas of guilty 14-1.4 (2d ed 1986), and is widely practiced by Alabama trial judges see e.g., Johnson V. State, 52 AlA App. 94, 289 So. 2d 662 (1978). The record should affirmatively reflect the question asked and the defendants respondses. This practice will protect the courts by providing an adequate basis for review on appeal

C. Ground three: misunderstanding of the Courts

Supporting FACTS (tell your story briefly without citing cases or law): The Courts Throw out a attempt murder Charge with out Lowing or Dismissing the other charge The courts fail to follow the rules of Constitutional rights.. By not Dismissing both charges Because of the fact NO evidence was found..

D. Ground four: The Boykin Colloquy need's to be showed

Supporting FACTS (tell your story briefly without citing cases of law): The advisory committe believes that, in light of the Boykin requirement that the trail Judge make sure that the defendant has a full understanding of what the plea connotes and of its consequence the better practice is routine disclosure of such information sub subsections and are intended to meet the Boykin requirement that the defendant fully understand the constitutional rights which he waives by pleding guilty. Section (B) satisfies the requirement, in Clark V State 294 Ala 485, 488, 318 So.2d 805, 807-808 (1974) By the Courts Showing the Boykin colloquy Allen V. State 50 Ala. App. 310, 278 So 2d 758 (1973) citing: McQuillan V. State, 49 Ala. App 348, 270 So 2d 680 (Ala crim App 1972).

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: The reason why the Boykin was not presenting: Is because the courts fail to show a colloquy on the defendant.. of showing him the true elements of his case.. of what suppose to go on on his cases..

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes (X) No ( )

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing Boothaker Joseph L

(b) At arraignment and plea

C. Ground three: ______

Supporting FACTS (tell your story briefly without citing cases or law): ______

Same

D. Ground four: ______

Supporting FACTS (tell your story briefly without citing cases of law): ______

Same

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: ______

Same

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( ) No ( )

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing ______

Same

(b) At arraignment and plea ______

C. Ground three: ______

Supporting FACTS (tell your story briefly without citing cases or law): ______

Same

D. Ground four: ______

Supporting FACTS (tell your story briefly without citing cases of law): ______

Same

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: ______

Same

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( ) No ( )

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing ______

Same

(b) At arraignment and plea ______

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.] YES ( ) NO (✓)

If the answer is YES, state the total value of the items owned.

______________________________________________

______________________________________________

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( ) NO (✓)

If the answer is YES, describe the property and state its approximate value.

______________________________________________

______________________________________________

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. I can't support Know one right now, I'm in prison.

______________________________________________

______________________________________________

Carlos D. McQuarley
Signature of Affiant

STATE OF ALABAMA )
COUNTY OF Barbera )

Before me, a notary public in and for said County, in said State, personally appeared Carlos McQuarley, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

Carlos McQuarley
Signature of Affiant

Sworn to and subscribed before me this 9 day of June, 2005.

[signature]
Notary Public

[signature] County, Alabama

O R

# In the United States District Court
# For the Northern District of Alabama

FORM FOR USE IN APPLICATION FOR
HABEAS CORPUS UNDER 28 U.S.C. § 2254

CIVIL ACTION NUMBER: CR-04-1136

Northern District Court
(To be supplied by the Clerk of the District Court)

Carlos McQuarley
Full Name of Plaintiff-Petitioner

Easterling. Corr. Fac
Place of Confinement

VS.

Ms. MosLey
(Name of Warden, Superintendent, Jailer, or authorized person having custody of petitioner)

RECEIVED
2005 JUN 13 A 10: 0
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

and

THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, Birmingham & montgomery AlAbama
Respondents

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 USC § 2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A
PERSON IN STATE CUSTODY

INSTRUCTIONS -- READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Do not use this form unless you were convicted in one of the following counties: BIBB, BLOUNT, CALHOUN, CHEROKEE, CLAY, CLEBURN, COLBERT, CULLMAN, DeKALB, ETOWAH, FAYETTE, FRANKLIN, GREENE, JACKSON, JEFFERSON, LAMAR, LAUDERDALE, LAWRENCE, LIMESTONE, MADISON, MARION, MARSHALL, MORGAN, PICKENS, SHELBY, ST. CLAIR, SUMTER, TALLADEGA, TUSCALOOSA, WALKER, WINSTON.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed *in forma pauperis*, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, *the original and two copies* must be mailed to the Clerk of the United States District Court for the Northern District of Alabama, 104 Federal Courthouse, 1800 Fifth Avenue, North, Birmingham, Alabama 35203.

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PETITION

1. Name and location of court which entered the judgment of conviction under attack Birmingham Circuit Court

2. Date of judgment of conviction 4/28/98

3. Length of sentence 25 year's for first defender

4. Nature of offense involved (all counts) 1th degree Robbery when it suppose to be second degree, Because of the like of No evidence

5. What was your plea? (Check one)
   (a) Not guilty ( )
   (b) Guilty ( X ) suppose to have been second Degree Robbery
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: The attempt murder was thrown out the courts, Because of No Kind of evidence on defender

6. Kind of trial: (Check one)
   (a) Jury ( )
   (b) Judge only ( X )

7. Did you testify at the trial?
   Yes ( ) No ( X )

8. Did you appeal from the judgment of conviction?
Yes ( X ) No ( )

9. If you did appeal, answer the following:
(a) Name of court Circuit Court
(b) Result Dismiss
(c) Date of result 4/19/04

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ( X ) No ( )

11. If your answer to 10 was "yes," give the following information:
(a)(1) Name of court Supreme Court
(2) Nature of proceeding Dismiss

(3) Grounds raised In Brady the court held dueprocess was Violated where after the defendant request the state failed to reveal evidence that was material either to guilt or punishment. The court in Brady reasoned that if the State were allowed to withhold potentially exculpactory evideanc which has been demanded by the defendant..

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ( ) No ( X )
(5) Result Did not have a evidentriary hearing
(6) Date of result ______

(b) As to any second petition, application or motion give the same information:
(1) Name of court Circuit & supreme
(2) Nature of proceeding Dismiss

(3) Grounds raised A conviction obtained through the use of false evidence must fail mooney V. Holohan 294 us 103 55 Sct 340 79 LEd 791 (1935) pyle V. kasas 317 u.s 213 63 Sct 177 87 LEd 214 (1942) even if the state merely allows the false evidence to go uncorrected Alcorta V. Texas 355 us 28 78 s.ct 103 2 Ld 2d 9 (1957) courts recognize that a defendant rights to a fair trial is violated when the state knowingly allows false evidence to be used against the defendant miller V. pate 386 U.S. 87 S.ct 785 17 LEd 2d 690 (1967).

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ( ) No ( X )
(5) Result
(6) Date of result none

(c) As to any third petition, application or motion, give the same information:
(1) Name of court Circuit Court
(2) Nature of proceeding Dismiss

(3) Grounds raised The court's complains that I cope out to a first degree Robbery for a change of droping the attempt of murder.. And the defender did not have know kind of evidence on him for either one of these Charge to be place on him.. Need to be look into..

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ( ) No ( X ) and need one

(5) Result none

(6) Date of result

(d) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc Yes ( ✓ ) No ( )

(2) Second petition, etc Yes ( ✓ ) No ( )

(3) Third petition, etc Yes ( ✓ ) No ( )

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

Caution: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand jury or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: false Evidence

Supporting FACTS (tell your story *briefly* without citing cases or law): The false evidence to go uncorrected Alnarta V Texas 355 U.S. 28, 78 ct 103 2 LED 2d 9 (1957) courts recognize that a defendant rights to a fair trial is violated when the state knowingly allows false evidence to be used against the defendant miller V. pate 386 US 1, 87 S.ct 785 17 Led 2d 690 (1967) napue V Illinois 360 U.S. 264 79 S.ct 1173 Led 2d. Similarly a defendants rights are violated if the state withholds favorable material evidence which the defendant requested.,

B. Ground two: Withdrawal of guilty plea

Supporting FACTS (tell your story *briefly* without citing cases or law): withdrawal of guilty plea. The court shall allow withdrawal of a plea of guilty when necessary to correct a manifest injustice upon withdrwal of a guilty plea the charges against the defendant should be changed Because false evidence..

C. Ground three: The Boykin Colloquy needs to be showed

Supporting FACTS (tell your story *briefly* without citing cases or law): The advisory committe believes that, in light of the Boykin requirement that the trail Judge make sure that the defendant has a full understanding of what the plea guilty mean.. As will as has rights which is should on the Boykin Colloquy; with out that the courts need to show some more fatt of evidence

D. Ground four: misunderstanding of the courts

Supporting FACTS (tell your story *briefly* without citing cases or law): The Courts throw out a attempt murder charge with out Lowering or Dismissing the other Charge.. The courts fail to follow the rules of Constitutional rights By not Dismissing both charges Because of the fact, there was NO evidence found on defendant..

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: The reason why the Boykin was not presenting, Is because the courts fail to show a Colloquy on the defendant., Of showing him the true elements of his case.. of what suppose to go on, on his Cases..

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ( X ) No ( )

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing Joseph L. Boohaker

(b) At arraignment and plea ______________________________

(c) At trial ______ un none ______________________________

(d) At sentencing ______________________________

(e) On appeal ______________________________

(f) In any post-conviction proceeding ______________________________

(g) On appeal from any adverse ruling in a post-conviction proceeding ______________________________

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( ) No ( X )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( ) No ( X )

(a) If so, give name and location of court which imposed sentence to be served in the future: ______ None ______

(b) And give date and length of sentence to be served in the future: ______ None ______

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( ) No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

______________________________
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on ______________________________
(Date)

______________________________
Signature of Petitioner