IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARLOS DEMETRIS MCQUARLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:05-CV-558-T |
| | ) | WO |
| MS. MOSLEY, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on June 17, 2005 (Doc. 2), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is transferred to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

DONE, this the 3rd day of August, 2005.

                                                      /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE